dation Company. C. J. Earley, of New York City, for appellant. S. Rothschild, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CARNEY, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Application of Cornelius M. Carney against Thomas F. Powers. No opinion. Order settled. See, also, 144 N. Y. Supp. 1108.

CARNEY, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Application of James Carney against Thomas F. Powers. No opinion. Order settled. See, also, 144 N. Y. Supp. 1108.

CARPENTER, Respondent, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Walton T. Carpenter against Mildred A. Carpenter. E. L. Mooney, of New York City, for appellant. G. Foster, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted to the extent stated in order, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1108.

CARROLL, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by Joseph J. Carroll, as administrator, against the New York, New Haven & Hartford Railroad Company. C. J. Earley, of New York City, for appellant. C. M. Sheafe, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CARROLL v. PENNSYLVANIA STEEL CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Alice M. Carroll, as administratrix, against the Pennsylvania Steel Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CARTWRIGHT v. McKINNON. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Robert Cartwright against Frank H. McKinnon, as administrator, etc., of James R. Baumes, deceased. No opinion. Motion denied. See, also, 143 N. Y. Supp. 1110.

CARUSO, Respondent, v. CARUSO, Appellant. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by Joseph Caruso, an infant, against Irene Caruso, an infant.

PER CURIAM. Interlocutory judgment reversed, and a new trial granted, with costs to the appellant to abide the event, upon the ground that the testimony of the defendant tends to show intercourse by compulsion, while her letters do not reveal the fault for which she asks foregiveness, and the testimony of the other witnesses is so uncertain and fragmentary that it does not prove the offense.

CASPERS v. RYAN et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Appeal from Trial Term, New York County. Action by Frederick R. Caspers against James Ryan and others. From a judgment for plaintiff, and an order denying a motion for new trial, defendants appeal. Affirmed. E. P. Foster, of New York City, for appellants. R. H. Robbins, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J. (dissenting). I dissent from the affirmance, on the ground that the court ruled as matter of law that the acquittal of the plaintiff by the magistrate was conclusive that he was not guilty of the crime, and an exception to that charge was duly taken by the defendants. The alleged misdemeanor was committed in the presence of the defendant Ryan, who arrested the plaintiff, and I am of opinion that an acquittal is neither binding on the defendant in an action for malicious prosecution, nor in an action for false arrest. Schultz v. Greenwood Cemetery, 190 N. Y. 276, 83 N. E. 41; Burt v. Smith, 181 N. Y. 1, 73 N. E. 495, 2 Ann. Cas. 576; Danzer v. Nathan, 145 App. Div. 455, 129 N. Y. Supp. 1119; Barber v. Gould, 20 Hun, 446; Turner v. Dinnegar, 20 Hun, 465; George v. Johnson, 25 App. Div. 125, 49 N. Y. Supp. 203; Loughman v. Long Island R. R. Co., 83 App. Div. 629, 81 N. Y. Supp. 1097. See, also, Rown v. Christopher & Tenth St. R. Co., 34 Hun, 471; Platt v. Bonsall, 136 App. Div. 397, 120 N. Y. Supp. 983. And in the case at bar the evidence, if believed by the jury, would have warranted them in finding that the plaintiff was guilty, notwithstanding his acquittal by the magistrate.

In re CAULFIELD et al. In re WATTERSON. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) In the matter of the application of John A. Caulfield and another for the removal of John Oscar Ball, as testamentary trustee of and under the will of Mary Caulfield, deceased; and in the matter of the application of Mary Watterson, as general guardian of Annie M. Caulfield, for the same relief. No opinion. Motion denied, without costs.

CAVALLO, Respondent, v. PEOPLE'S SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by Pasquale Cavallo against the People's Surety Company. E. M. Grout, of New York City, for appellant. J. J. Coughlan, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 144 N. Y. Supp. 1109.